RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
DAN KO OBUHANYCH (CSB NO. 255160)
dobuhanych@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
ARASAN CHIP SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARASAN CHIP SYSTEMS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SONIX TECHNOLOGY CO., LTD.,<br><br>Defendant. | Case No.:  C09 02172 PVT<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**<br><br>**Magistrate Judge Patricia V. Trumbull**<br><br>Complaint filed:  May 18, 2009 |

THE UNITED DISTRICT COURT for the Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international assistance to effect service of process to be used in a Civil proceeding before this court in the above captioned matter.  A trial on this matter has not yet been scheduled, but will likely be set for 2010 in San Jose, California, U.S.A.

**I.    REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice and to ensure that any monetary judgment issued by this Court will be enforceable in Taiwan. The assistance is that the Appropriate Judicial Authority of Taiwan effect Service of Process of the following documents:

1  Complaint for Damages for Breach of Contract and Exhibit A;

2  Civil Cover Sheet;

3  Summons in a Civil Action;

4  Order Setting Initial Case Management Conference and ADR Deadlines;

5  Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;

6  

7  Standing Order for All Judges of the Northern District of California;

8  Standing Order Regarding Case Management in Civil Cases;

9  Document entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California;" and

10  Local court guidelines, electronic case filing documents and ADR documents.

11  Service of the above documents is to be made on:

**Sonix Technology Co., Ltd.**
**10F-1, No. 36**
**Taiyuan Street**
**Chupei City, Hsinchu, Taiwan, R.O.C.**

15  The Appropriate Judicial Authority of Taiwan is requested to serve the above-mentioned documents by personal service into the hands of a director, managing agent to other person authorized to accept service, or in a manner of service consistent with the laws of Taiwan.

## II. FACTS OF CASE

Arasan Chip Systems, Inc. ("Arasan"), alleges that Sonix Technology Co., Ltd. ("Sonix") has materially breached an intellectual property licensing agreement dated February 20, 2009, by not paying license fees to Arasan, by ignoring Arasan's demands for payment, and by improperly attempting to terminate the agreement. Except for those obligations that have been excused by Sonix's material breach, Arasan has fully performed its obligations under the agreement. Through this lawsuit, Arasan seeks to recover damages from Sonix for breach of contract.

## III. OFFER OF RECIPROCAL ASSISTANCE

The United States District Court of the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan. *See* 28 U.S.C. § 1696(a).

/ / /

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)     2     CASE NO.: C09 02172 PVT

## IV.  **REIMBURSEMENT FOR COSTS**

Arasan's counsel (Dan Ko Obuhanych of Fenwick & West, Silicon Valley Center, 801 California Street, CA 94041) is willing to reimburse the judicial authorities of Taiwan for costs incurred in executing the U.S. District Court's Letter Rogatory, up to and including $1,000 U.S. Dollars. Arasan's counsel requests that the judicial authorities of Taiwan contact Arasan's counsel before exceeding $1,000 U.S. Dollars.

Dated: May 28, 2009

[SEAL OF COURT]             By: *Patricia V. Trumbull*
                                 Honorable Patrcia V. Trumbull
                                 United States District Court
                                 Northern District of California
                                 San Jose, CA 95113
                                 U.S.A