1   RODGER R. COLE (CSB NO. 178865)
    rcole@fenwick.com
2   DAN KO OBUHANYCH (CSB NO. 255160)
    dobuhanych@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
6
    Attorneys for Plaintiff
7   ARASAN CHIP SYSTEMS, INC.

8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12   ARASAN CHIP SYSTEMS, INC., a           Case No.:  C09 02172 PVT
     California Corporation
13                                          **REQUEST FOR INTERNATIONAL
                                            JUDICIAL ASSISTANCE (LETTER
                  Plaintiff,                ROGATORY)**
14
     v.                                     **Magistrate Judge Patricia V. Trumbull**
15
     SONIX TECHNOLOGY CO., LTD.,            Complaint filed:  May 18, 2009
16
                  Defendant.
17

18

19        THE UNITED DISTRICT COURT for the Northern District of California presents its

20   compliments to the Appropriate Judicial Authority of Taiwan, and requests international

21   assistance to effect service of process to be used in a Civil proceeding before this court in the

22   above captioned matter.  A trial on this matter has not yet been scheduled, but will likely be set

23   for 2010 in San Jose, California, U.S.A.

24   **I.      REQUEST**

25        This Court requests the assistance described herein as necessary in the interests of justice

26   and to ensure that any monetary judgment issued by this Court will be enforceable in Taiwan.

27   The assistance is that the Appropriate Judicial Authority of Taiwan effect Service of Process of

28   the following documents:

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE (LETTER ROGATORY)                                    CASE NO.: C 09 02172

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Complaint for Damages for Breach of Contract and Exhibit A;

2    Civil Cover Sheet;

3    Summons in a Civil Action;

4    Order Setting Initial Case Management Conference and ADR Deadlines;

5    Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge
     Patricia V. Trumbull;
6
7    Standing Order for All Judges of the Northern District of California;

     Standing Order Regarding Case Management in Civil Cases;
8
     Document entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern
9    District Of California;" and

10   Local court guidelines, electronic case filing documents and ADR documents.

11   Service of the above documents is to be made on:

12                          **Sonix Technology Co., Ltd.**
                                  **10F-1, No. 36**
13                              **Taiyuan Street**
                      **Chupei City, Hsinchu, Taiwan, R.O.C.**
14

15        The Appropriate Judicial Authority of Taiwan is requested to serve the above-mentioned

16   documents by personal service into the hands of a director, managing agent to other person

17   authorized to accept service, or in a manner of service consistent with the laws of Taiwan.

18   **II.    FACTS OF CASE**

19        Arasan Chip Systems, Inc. ("Arasan"), alleges that Sonix Technology Co., Ltd. ("Sonix")

20   has materially breached an intellectual property licensing agreement dated February 20, 2009, by

21   not paying license fees to Arasan, by ignoring Arasan's demands for payment, and by improperly

22   attempting to terminate the agreement.  Except for those obligations that have been excused by

23   Sonix's material breach, Arasan has fully performed its obligations under the agreement.

24   Through this lawsuit, Arasan seeks to recover damages from Sonix for breach of contract.

25   **III.   OFFER OF RECIPROCAL ASSISTANCE**

26        The United States District Court of the Northern District of California is willing to provide

27   similar assistance to the judicial authorities of Taiwan.  *See* 28 U.S.C. § 1696(a).

28   / / /

REQUEST FOR INTERNATIONAL JUDICIAL               2                    CASE NO.: C09 02172 PVT
ASSISTANCE (LETTER ROGATORY)

## IV.    REIMBURSEMENT FOR COSTS

Arasan's counsel (Dan Ko Obuhanych of Fenwick & West, Silicon Valley Center, 801 California Street, CA 94041) is willing to reimburse the judicial authorities of Taiwan for costs incurred in executing the U.S. District Court's Letter Rogatory, up to and including $1,000 U.S. Dollars. Arasan's counsel requests that the judicial authorities of Taiwan contact Arasan's counsel before exceeding $1,000 U.S. Dollars.

Dated:   May 28, 2009

[SEAL OF COURT]                                       By: *Patricia V. Trumbull*

Honorable Patrcia V. Trumbull
United States District Court
Northern District of California
San Jose, CA 95113
U.S.A

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE (LETTER ROGATORY)                3                CASE NO.: C09 02172 PVT