\*\*E-Filed 5/13/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARASAN CHIP SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SONIX TECHNOLOGY CO. LTD.,<br><br>        Defendant. | Case Number 5:09-CV-02172 JF (PVT)<br><br>**ORDER SETTING DATE FOR SUBMITTING DECLARATION** |

    By order dated May 12, 2010, the Court denied the motion of Defendant Sonix Technology Co. LTD to dismiss the instant action pursuant to Fed. R. Civ. P. 19 conditioned upon the submission by Plaintiff Arasan Chip System, Inc. of a declaration by EE Solutions. The declaration shall be submitted by May 19, 2010.

**IT IS SO ORDERED.**

DATED: 5/13/2010

                                              JEREMY FOGEL
                                              United States District Judge