RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
DAN KO OBUHANYCH (CSB NO. 255160)
dobuhanych@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

**E-Filed 3/9/2011**

Attorneys for Plaintiff
ARASAN CHIP SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARASAN CHIP SYSTEMS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SONIX TECHNOLOGY CO., LTD.,<br><br>Defendant. | Case No.: C 09 02172 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action filed: May 18, 2009 |

IT IS HEREBY STIPULATED AND AGREED that the case management conference currently set for April 1, 2011 at 10:30 a.m., be continued on the Court's calendar to April 15, 2011 at 10:30 a.m. in Courtroom 3, before Judge Jeremy Fogel. The parties request that the case management conference be rescheduled in light of the mediation scheduled in this matter on March 25, 2011.

| | |
|---|---|
| Dated: March 9, 2011 | LAW OFFICES OF JOHN A. KITHAS<br><br>By: _____<br>John A. Kithas<br><br>Attorneys for Defendant<br>SONIX TECHNOLOGY CO, LTD. |
| Dated: March 8, 2011 | FENWICK & WEST LLP<br><br>By: _____<br>Dan Ko Obuhanych<br><br>Attorneys for Plaintiff<br>ARASAN CHIP SYSTEMS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 3/9/2011                                   _____
                                                  Hon. Jeremy Fogel

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE                             CASE NO.: C 09 02172 JF