1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  DAN KO OBUHANYCH (CSB NO. 255160)
   dobuhanych@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
   Attorneys for Plaintiff
7  ARASAN CHIP SYSTEMS, INC.

8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
               SAN JOSE DIVISION
11

12 ARASAN CHIP SYSTEMS, INC., a          Case No.:  C 09 02172 JF
   California Corporation
13                                       **STIPULATION AND ORDER OF
              Plaintiff,                 DISMISSAL WITH PREJUDICE**
14
   v.
15
   SONIX TECHNOLOGY CO., LTD.,
16
              Defendant.                 Action filed:  May 18, 2009
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
WITH PREJUDICE                                    CASE NO.: C 09 02172 JF

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiff Arasan Chip Systems, Inc. and Defendant Sonix Technology Co., Ltd., through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: April 13, 2011

LAW OFFICES OF JOHN A. KITHAS

By: _____
John A. Kithas

Attorneys for Defendant
SONIX TECHNOLOGY CO., LTD.

Dated: April 13, 2011

FENWICK & WEST LLP

By: _____
Dan Ko Obuhanych

Attorneys for Plaintiff
ARASAN CHIP SYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 4/25/11

_____
Hon. Jeremy Fogel

21442/00401/LIT/1334879.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

CASE NO.: C 09 02172 JF